18 So.2d 578

**Alma MOORE v. Harris STEPHENS, Adm'r.**

**4 Div. 342.**

Supreme Court of Alabama.

June 22, 1944.

J. N. Mullins and L. A. Farmer, both of Dothan, for the petition.

W. L. Lee and Alto V. Lee, III, both of Dothan, opposed.

LIVINGSTON, Justice.

Petition of Harris Stephens, as administrator of the estate of Mary Stephens, deceased, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case Moore v. Stephens, Adm'r, Ala.App., 18 So.2d 577.

Writ denied.

GARDNER, C. J., and BROWN and FOSTER, JJ., concur.